UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC,<br><br>                                 Plaintiff,<br><br>-against-<br><br>REUTERS NEWS & MEDIA, INC. et al.,<br><br>                                 Defendants. | 24-cv-7828 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      By **NOVEMBER 12, 2024**, the parties must make any motion for consolidation under Fed. R. Civ. P. 42(a) or otherwise submit a proposed case management plan. If submitting a proposed case management plan, the parties shall use this Court's form Proposed Civil Case Management Plan and Scheduling Order, which is also available at **https://nysd.uscourts.gov/hon-arun-subramanian**.

      **Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this order and the Court's Individual Practices forthwith, and (2) to file proof of such notice with the Court.** If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and the Court's Individual Practices to that party personally.

      SO ORDERED.

Dated: October 23, 2024
       New York, New York

                                                           ARUN SUBRAMANIAN
                                                           United States District Judge