UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>REUTERS NEWS & MEDIA, INC., et al.,<br><br>Defendant. | Case No: 24-cv-7828 (AS) [rel. 24-cv-507 (AS)]<br><br>Hon. Arun Subramanian |

**PLAINTIFF'S NOTICE OF MOTION TO CONSOLIDATE
PURSUANT TO FED. R. CIV. PRO. 42(a)**

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the accompanying Memorandum of Law; and upon all prior proceedings filed herein, Plaintiff Global Weather Productions, LLC ("Plaintiff"), by and though its undersigned counsel, hereby moves the Court, before the Honorable Arun Subramanian, U.S.D.J., at the United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 15A, New York, NY 10007, at a time and place determined by the Court for an Order pursuant to Rule 42(a) of the Federal Rules of Civil Procedure consolidating this action (the "*Second Action*") into *Global Weather Productions LLC v. Reuters News & Media, Inc., Thomson Reuters US LLC*, No. 1:24-cv-00507-AS (the "*First Action*") for all purposes on the grounds that both cases are pending before this Court and share common questions of law and fact, together with such other and further relief as this Court deems just, appropriate, and proper.

Dated: November 8, 2024

                                                Respectfully submitted,

                                                **SANDERS LAW GROUP**

                                                By: */s/ Renee J. Aragona*

Craig B. Sanders, Esq.
Renee J. Aragona, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: raragona@sanderslaw.group
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2024, a true and correct copy of the foregoing was electronically filed via the Court's electronic case filing system, CM/ECF, and was served on the following counsel for Defendants by email:

DAVIS WRIGHT TREMAINE LLP
Jeremy A. Chase
Raphael Holoszyc-Pimentel
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
jeremychase@dwt.com
rhp@dwt.com
*Attorneys for Defendants Reuters News & Media Inc.
and Thomson Reuters U.S. LLC*

/s/ Renee J. Aragona
Renee J. Aragona

Largely for the reasons stated in defendant's opposition, the motion to consolidate is DENIED.

The Clerk of Court is requested to terminate the motion at Dkt. 18.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: December 16, 2024