

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Jeremy A. Chase**
(212) 603-6495 tel
(212) 489-8340 fax

jeremychase@dwt.com

March 5, 2025

> The request is GRANTED. The parties should treat the sealed information as confidential under the protective order issued in related case 24cv507 at Dkt. 26. The Clerk of Court is directed to terminate the motion at Dkt. 34.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Dated: March 6, 2025

<u>VIA ECF</u>

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**Re:** *Global Weather Productions, LLC v. Reuters News & Media Inc.*, **No. 24-cv-7828 (AS)**

Dear Judge Subramanian:

We represent Defendants Reuters News & Media Inc. ("Reuters") and Thomson Reuters U.S. LLC (collectively, "Defendants") in the above-referenced action. In the action marked as related, No. 24-cv-507 (AS), the Court granted Defendants' requests to file certain documents in redacted form in connection with their summary judgment papers. No. 24-cv-507, Dkts. 67, 80 (the "Sealing Orders"). Defendants redacted, among other things, certain details of Reuters' financial arrangements with its contractual counterparties and certain information as requested by Plaintiff.

Today, Defendants will file a motion for an order requiring Plaintiff to post a bond in this action. In support of their motion, Defendants will rely on certain of the same types of information covered by the Sealing Orders, namely, confidential financial terms regarding a Reuters contributor, a Reuters customer, and Defendants' offer of judgment in this action, as well as information requested by Plaintiff to be redacted. In addition, one exhibit contains irrelevant information that has nothing to do with this action.

Therefore, in connection with their motion and any reply, Defendants respectfully request leave to file the foregoing information in redacted form, with an unredacted copy filed under seal, for the reasons set forth in the Sealing Orders and the requests embodied therein.[1] Finally, we request that the Court direct the parties to treat the redacted/sealed information as Confidential under the Protective Order in the related action, No. 24-cv-507, Dkt. 26, as no protective order has been entered in this case yet. We thank the Court for its attention to this matter.

---

[1] Consistent with the related action, Defendants will file *only* the unredacted exhibits, declaration, and brief under seal. Should the Court so desire, Defendants can refile all exhibits under seal, provide courtesy copies to Chambers, or otherwise assist the Court with receipt of the filing.

DWT.COM

                                                            Respectfully submitted,

                                                            DAVIS WRIGHT TREMAINE LLP

                                                            */s/ Jeremy A. Chase*

                                                            Jeremy A. Chase