UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC,<br><br>      Plaintiff,<br><br>-against-<br><br>REUTERS NEWS & MEDIA, INC. and THOMSON REUTERS US LLC,<br><br>      Defendants. | 24-cv-7828 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 Plaintiff Global Weather Productions sued defendants Reuters New & Media, Inc. and Thomson Reuters LLC for copyright infringement. Defendants have moved to require Global Weather to post a bond of $20,000, pursuant to Local Civil Rule 54.2. *See* Dkt. 35. Defendants' motion is denied without prejudice.

 On or before Friday, April 18, 2025, Global Weather must disclose its Rule 26(a) computation of damages to defendants. Global Weather is reminded of its Rule 11 obligations and the requirements of Rule 26(a). The calculations it discloses should be made in good faith and based on the evidence in this case. On or before Monday, April 21, 2025, Global Weather should make a good-faith demand to defendants for a resolution of this case. On or before April 23, 2025, defendants should respond to the demand. If the case is not resolved, **counsel for both sides, along with their clients, are directed to meet <u>in person</u> for at least one hour** the week of April 28, 2025 to discuss a settlement of this matter.

 If after that conference defendants wish to re-urge their motion for a bond, they may do so with a letter-motion to the Court, no longer than two pages, attaching Global Weather's Rule 26 damages disclosure. Global Weather may respond with its own two-page letter, within 48 hours of being served with defendants' letter.

 The Clerk of Court is directed to terminate the motion at Dkt. 35.

  SO ORDERED.

Dated: April 15, 2025
   New York, New York

                   ARUN SUBRAMANIAN
                   United States District Judge